# United States District Court

_____ **CENTRAL** _____ **DISTRICT OF** _____ **CALIFORNIA** _____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

Up to $360,000.00 on deposit with Bank of America, N.A. held in Account Number 325118152376

**CASE NUMBER:** 2:22-MJ-1933

TO  United States Secret Service and any Authorized Officer of the United States. Affidavit(s) having been made before me by Special Agent Monique Van who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Up to $360,000.00 on deposit with Bank of America, N.A. held in Account Number 325118152376

**subject to seizure and forfeiture under** 18 U.S.C. §§ 981(a)(1)(C) and (b)(2), 982(b), 984, and 21 U.S.C. §§ 853(e) and (f)

**concerning a violation of Title** 18 **United States Code, Section(s)**  1343 and 1344.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

Bank of America, N.A. is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent(s) serving the warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

May 16, 2022  12:57 p.m.
Date and Time Issued

Los Angeles, California
City and State

**Hon. Patricia Donahue, U.S. Magistrate Judge**
Name and Title of Judicial Officer

*Patricia Donahue*
Signature of Judicial Officer

AUSA Dan G. Boyle; tk

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>05/16/2022 | DATE AND TIME WARRANT EXECUTED<br>05/24/2022 8AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Bank of America, 800 Samoset Dr Newark, DE 19713 |

INVENTORY MADE IN THE PRESENCE OF

Special Agent Fred Apodaca & Special Agent Albert Kei

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1) Bank of America cashier's check dated 06/23/22, ck number 7840014418, amount of $360,000.00

### CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 06/28/2022

*Fred Apodaca*

*Executing Officer's Signature*

Fred Apodaca, Special Agent

*Printed Name and Title*